UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Chase Carmen Hunter

v.                                              Case No. 16-cv-118-LM

Roger A. Sevigny, Commissioner,
New Hampshire Insurance Department

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 27, 2016, for the reasons set forth threin.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff has been given until November 28, 2016, to amend her procedural due process claim pursuant to the October 27, 2016 Order (document no 5). With that exception, all remaining

claims asserted in plaintiff's complaint are hereby dismissed.

    SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: November 18, 2016

cc:   Chase Carmen Hunter, pro se